EDWARD J. ROSINSKI, Respondent, v LINDA N. ROSINSKI, Appellant. Present — Dillon, P. J., Doerr, Denman and Boomer, JJ.

STATE DIVISION OF HUMAN RIGHTS, on Complaint of WANETA P. GROSS, Petitioner, v 7-ELEVEN FOOD STORES, DIVISION OF SOUTHLAND CORP., Respondent. Present — Dillon, P. J., Hancock, Jr., Callahan, Green and Pine, JJ.

In the Matter of DONALD JERMOSEN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. Present — Callahan, J. P., Boomer, Green, O'Donnell and Pine, JJ.

TERESA E. DAVID, Appellant, v PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent. Present — Callahan, J. P., Boomer, Green, O'Donnell and Pine, JJ.

In the Matter of MURIEL A. W. Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Green, JJ.